# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| In re: Heath E. Bradburn<br>Helen I. Bradburn<br>Debtor(s) | Case No. 13-54607<br><br>Chapter 13<br><br>Judge C. Kathryn Preston |

## NOTICE OF CHANGE OF ADDRESS

Debtor(s) Heath E. Bradburn and Helen I. Bradburn, through counsel, hereby file this notice advising that his/her/their address has changed, effective June 16, 2015.

From:    Heath E. Bradburn        To:    Heath E. Bradburn
           Helen I. Bradburn                Helen I. Bradburn
           5415 Saint Andrews Drive       1317 Flaxwood Avenue
           Westerville OH 43082            Brandon FL 33511

Respectfully submitted,

/s/ Ronald K. Nims
Ronald K. Nims (Oh. Sup. Ct. 0024361)
Law Office of Ronald K. Nims
10172 Windsor Way
Powell OH 43065-7668
614 565-1472
614 748-0598 – Facsimile
rknims@nimslaw.com

Attorney for Debtor(s)

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 16, 2015, a copy of the foregoing document was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the court:

  Office of the U.S. Trustee
  Frank M. Pees
  AmeriCredit Financial Services, Inc.
  Atlas Acquisitions LLC
  Capital One Auto Finance
  Credit Acceptance Corporation
  GM Financial
  Ohio Department of Taxation
  PRA Receivables Management, LLC
  PRA Receivables Management, LLC

and on the following by ordinary U.S. Mail addressed to:

  -NONE-

and on the following by electronic mail pursuant to Fed.R.Civ.P. 5(b)(2)(E)

  Heath E. Bradburn
  Helen I. Bradburn

                                                    /s/ Ronald K. Nims
                                                    Ronald K. Nims